

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Jose Isidro Flores v. The State of Texas

Appellate case number:   01-20-00763-CR

Trial court case number:  1664298

Trial court:               178th District Court of Harris County

On November 3, 2020, attorney Angela L. Cameron was appointed to represent appellant, Jose Isidro Flores, in the present appeal. On January 5, 2021, attorney Matthew Mendez filed a notice of appearance as attorney of record for appellant. On January 12, 2021, this Court issued an order advising that, because appellant was already represented by appointed counsel, new counsel must file a motion to substitute in as appellate counsel for appellant or appointed counsel must file a motion to withdraw. *See* TEX. R. APP. P. 6.1(a), 6.5.

On January 29, 2021, Angela L. Cameron filed a motion to withdraw. Her motion complies with Texas Rule of Appellate Procedure 6.5. The motion advised that attorney Matthew Mendez, appellant's trial counsel, is substituting in as appellate counsel of record. Although we held this motion for more than ten days, appellant has filed no response. We **grant** the motion to withdraw.

The Clerk of this Court is directed to note Angela L. Cameron's withdrawal as counsel for appellant and to substitute Matthew Mendez as counsel for appellant on the docket of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                                     Acting individually

Date: February 11, 2021